FILED & ENTERED

APR 18 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>STEVE GUTHRIE and<br>CHRISTY OLSON,<br><br>        Debtors.<br><br>ELIZABETH GAMEZ-VOM STEEG,<br><br>        Plaintiff,<br><br>        v.<br><br>STEVE GUTHRIE and<br>CHRISTY OLSON,<br><br>        Defendants. | Case No.: 6:12-bk-12449-WJ<br><br>CHAPTER 7<br><br>Adv. Proc. No. 6:12-ap-01159-WJ<br><br>**SUMMARY JUDGMENT**<br><br>Hearing:<br>Date:  April 18, 2013<br>Time:  1:30 p.m.<br>Place:  United States Bankruptcy Court<br>        Courtroom 302<br>        3420 Twelfth Street<br>        Riverside, CA 92501 |

      On April 18, 2013 at 1:30 p.m., the Court held a hearing regarding the motion of plaintiff, Elizabeth Gamez-Vom Steeg, for summary judgment against the defendants, Steve and Christy Olson. All appearances were noted on the record. The defendants did not appear and did not file any opposition to the motion. Therefore, the Court finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. The judgment entered against the debtors/defendants herein in the case entitled <u>Elizabeth Gamez-Vom Steeg v. Steven Michael Guthrie et al.</u>, Superior Court of California, County of San Bernardino, Victorville Division, No. CIVVS 1000969, is non-dischargeable pursuant to Bankruptcy Code §§ 523(a)(2) and 523(a)(6) and that the state court judgment is therefore excepted from the discharge previously granted to the debtors/defendants herein, Steve Guthrie and Christy Olson, in their chapter 7 bankruptcy case number 6:12-bk-12449-WJ, United States Bankruptcy Court, Central District of California, Riverside Division.

###

Date: April 18, 2013

Wayne Johnson
United States Bankruptcy Judge

| In re: Steve and Christy Olson | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:12-bk-12449-WJ<br>ADVERSARY NUMBER: 6:12-ap-1159-WJ |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **SUMMARY JUDGMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

☐  Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Steve and Christy Guthrie
POB 982
Wrightwood, CA 92397

James P O'Neil, Esq.
657 Gravilla Place
La Jolla, CA 92037

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):